United States District Court

Civil Motion



'11 CV 0 492 BEN    POR

Plaintiff

Greg Gamache

1816 Fairgrounds Road

St. Charles, Missouri

63303


636 946 0313


Defendant


Federal Bureau of Investigation


Federal Communications Commission


3/05/2011

Grounds for judgement

15,000 people have called both the FBI and the FCC, for help when others are using electronic weapons on them. Several hundred people from this state. Despite receiving so many calls for help from people, and knowing this is a problem, both organizations have refused to investigate one single incident. The FCC is the only organization in the United States with the equipment needed to locate where the frequencies emitted by these electronic weapons are coming from. These are also federal matters, and as so fall under the FBI's venue, as alot of the occurences happen from out of state with long range devices, and many of these incidents are being done by government employees, on whistleblowers, undesirables, or persons of interest. These are weapons that are harming and killing people from out of state and in the hands of government employees and others.

The presidential commission on bioethics was three days ago, electronic weapons were discussed for a full hour, they have reports that 40,000 people in the Untied States currently have these weapons being used on them. This is just the number of people they have reports on. There are groups for victims of electronic weapons in every major city, they meet monthly. These groups have between 60 and 100 people in each group.

Just on the site Yahoo groups, there are 35 individual groups for victims of electronic weapons, with the average number of members in each group around 1,000 people.

These are just the groups on Yahoo groups, and these are just the people that have found these website. There are 10 billboards up in L.A. right now about electronic weapons being used on people, one in Michigan and one in Miami, by three different organizations that are trying to increase public awareness of these matters. Three people have died recently from having these weapons used on them.

None of these victims can get help from anyone. These weapons are cheap, some cost only 30 dollars, some several thousand dollars. They operate from a distance, and emit a frequency that injures, permanently damages and kills people. Anyone can buy them, their sale is not regulated, and neither is their use. They are portable and small. The frequencies they emit travel through walls and buildings and still effect people , and have a very broad impact diameter.

Judgement sought

A court order for the FBI and the FCC to co-investigate these matters whenever they are reported across the entire United States. For the FBI to establish a phone number just for victims of electronic weapons, a phone number at one field office of the FBI only, for victims to call so they have someone to help them who knows that these matters exist, and whose job it is to investigate them.

For victims not to need proof that this is occuring in order to get help, or to have to know who is doing it or where it's coming from. If I am shot with a bullet, I shouldn't have to know who did this and where they shot me from in order to get help from the ambulance or police, and if the bullet goes through me, I shouldn't need a shell in order to get help.

For the FCC to send an employee to the location of the victim when these incidents are reported, with the equipment they have that detects freqeuncies and locates where they are coming from, and for the information they gain to be handed to the FBI for enforcement.

For satelites that view the entire freqency range through their optic sensors to view the location of the victim to locate where the transmissions are coming from when these incidents are reported. For the FBI to get the results of the testing for enforcement. These satelites are up there right now, viewing nebullai, quasars, solar systems and distant planets and suns. Frequencies are viewed so they can determine the distance of the object from them, by the change of the frequency. We are talking about people being helped by them, not inanimate objects light years off in the distance, and the views diverted from space to people only when they need it. For these two types of testing to be done mandatory when these incidents are encountered.

For the FBI to go and meet these victims in person when these incidents occur, and to file a report of a federal crime when they happen, and to investigate them, together with the FCC, as a federal crime when they occur.

Every single type of crime, from computer hacking to money laundering to homicide, has their own division within the FBI and police and their own phone number to contact them on, with different protocol for what to do when these matters occur. It is only right for the 40,000 plus victims of electronic weapons to have one phone number with one person to talk to.

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Greg Gamache

**DEFENDANTS**
F.B.I.
F.C.C.

FILED
MAR 10 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

(b) County of Residence of First Listed Plaintiff: St Charles
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

'11 CV 0492 BEN POR

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☒ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☒ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): 28:1331
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE _____
SIGNATURE OF ATTORNEY OF RECORD
C. ECIJA

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____